# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **HARRY SCOTT REYNOLDS,**<br>    Plaintiff,<br>  v.<br>NANCY A. BERRYHILL, Deputy Commissioner of Operations (performing duties not reserved to the Commissioner of Social Security),<br>    Defendant. | No. LA CV 17-05448-VBF-DFM<br><br>**FINAL JUDGMENT** |

It is hereby adjudged that the decision of the Commissioner of Social Security is **AFFIRMED**.

Dated: January 15, 2019

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge